UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

------------------------------------------------------------------X

Allstate Insurance Company et al,

Plaintiffs,

Case No.: 4:26-cv-12051

- against -

**NOTICE OF APPEARANCE**

Select Medical Group of Michigan PLLC et al,

Defendants.

------------------------------------------------------------------X

Please take notice that Defendant, Acupuncture Health PLLC, appears in this action by the undersigned attorney and requests the Clerk to note its appearance in this case and to serve all notices and other papers in this action at 129 Livingston Street, 2nd Fl, Brooklyn, New York 11201.

Dated: Brooklyn, New York

August 3, 2026

Respectfully Submitted,

________________________

Gary Tsirelman, Esq.
Gary Tsirelman P.C.
*Attorneys for the Defendant Identified Herein*
129 Livingston Street, 2nd Fl,
Brooklyn NY 11201
Email: gtsirelman@gtmdjd.com